**RECEIVED**
IN LAKE CHARLES, LA

SEP 11 2009
Pam
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA

# UNITED STATES DISTRICT COURT FOR THE
# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNDERGROUND SOLUTIONS, INC.<br>Plaintiff | CIVIL ACTION NO: 08-1885 |
| v. | SECTION: PM-KK |
| CAD-SON CONSTRUCTION, LLC<br>Defendant | |

### JUDGMENT

Upon stipulation of the parties, namely, Underground Solutions, Inc., and Cad-Son Construction, LLC it is ordered, adjudged, and decreed that there be judgment in favor of Underground Solutions, Inc. and against Cad-Son Construction, LLC in the principal amount of $181,331.53, with judicial interest from today's date until paid pursuant to 28 U.S.C 1961.

Underground Solutions, Inc. will submit a Motion to Tax Attorney's Fees and Costs within ten days of the signing of this judgment, as provided in F. Rule Civ. P. Rule 54.

Lake Charles, Louisiana, this 10th day of Sept., 2009,

_____
UNITED STATES MAGISTRATE JUDGE